IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MIRANDA JEENINGA                                                                                           PLAINTIFF

v.                                              CASE NO. 4:23CV00852 - JM

TERESA DANIELLE COTHERN                                                                      DEFENDANT

## ORDER

On Plaintiff's motion, this case is dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 21st day of November, 2024.

_____
UNITED STATES DISTRIC JUDGE